UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JEFFREY JOEL JUDY,  )
an individual,  )
  )  CASE NO.: 2:17-cv-00230-SPC-CM
  Plaintiff,  )
vs.  )
  )
LEE COUNTY, FLORIDA, BOARD  )
OF COUNTY COMMISSIONERS  )
a Political Subdivision of the State of Florida,  )
d/b/a LEETRAN  )
  )
  Defendant.  )
_____ )

## PLAINTIFF'S NOTICE OF FILING COURT INTERROGATORIES

1. Residence address.

**Response:** 4711 Swanson Loop, Apt. E North Fort Myers, FL 33917

2. Name of current employer and place of employment.

**Response:** I am currently unemployed.

3. Describe the nature of your disability.

**Response:** I was injured in a motorcycle accident and am paralyzed from the waist down (T8-T9 paraplegic) and use a wheelchair for mobility. I am also a double leg amputee.

4. Date(s) and time(s) that you visited the subject property.

**Response:** I have utilized the LeeTran buses several times a month for approximately the last year. However, I cannot recall the exact times and dates of each time that I used the bus system.

5. Did anyone accompany you? If so, who?

**Response:** I was alone on during most of my bus trips. However, I have used the bus with Luis Negron on occasion.

6.  What is the proximity of the subject property to your home and/or place of employment?

**Response:** There are several bus stops near my residence that I can take depending on which route I need to use. The closest one is about a quarter mile from my residence. The LeeTran system allows me to travel to most areas throughout Lee County.

7.  Describe your past patronage of the subject property.

**Response:** As noted above, I generally ride the LeeTran buses several times a month when its convenient to somewhere that I want to visit. I usually arrive at the appropriate bus stop several minutes before the scheduled pickup. The ride time of course depends on my ultimate destination.

8.  Describe the definiteness of your plans to return to the subject property.

**Response:** I intend to continue to ride the LeeTran buses several times a month going forward. I regularly use the bus to visit friends and to go to stores when convenient.

9.  Specifically list each architectural barrier which you personally observed or experienced at the subject property.

**Response:**
i.  I encountered inaccessible bus stops due to a complete lack of stable landing pads, i.e., with dirt or grass surfaces.

ii.  I encountered inaccessible bus stops due to landing pads which are not connected to the street and/or to the public sidewalk with an accessible route.

iii.  I encountered inaccessible bus stops due to landing pads which contain excessive slopes and/or pavement in disrepair.

iv.  I encountered inaccessible bus stops due to landing pads with inadequate dimensions.

      v.      I encountered inaccessible bus stops due to a failure to connect bus shelters and benches with the landing pads and with the public sidewalk.

10. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

**Response:** I did not take notes while at the property. However, I did take several photographs of some of the issues that I observed with the bus stops near my residence. *See* attached photographs.

11. What notice of deficiencies or other efforts to resolve your complaints were made before filing suit?

**Response:** I discussed my access issues with the staff at the face to face LeeTran Passport interview and also referenced these issues in my LeeTran Passport application papers.

[Signatures on Following Page]

_6/28/17_
Date

_[signature]_
Jeffrey Joel Judy

STATE OF FLORIDA
COUNTY OF _LEE_

BEFORE ME, the undersigned authority, on this day, personally appeared Jeffrey Joel Judy, who being first duly sworn, deposes and says that he has read the forgoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this _28th_ day of _JUNE_ 2017.

NOTARY PUBLIC

Notary Stamp

DALE WILMOT
Notary Public – State of Florida
Commission # GG 070192
My Comm. Expires Feb 25, 2021

_[signature]_
Signature of Person Taking Sworn Affirmation
Print Name: _DALE WILMOT_
Title: Notary Public
Serial No. (if any):
Commission Expires:

Declarant is <u>personally known to me</u> [ ]; or

Declarant produced identification [ ]. Type of identification produced: _____.

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Gregory A. Hearing, Esq.
Sacha Dyson, Esq.
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Tampa, Florida 33601

By: /s/ Louis Mussman
Louis I. Mussman, Esq.

















































